IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN LEE SISK,<br><br>           Plaintiff,<br><br>vs.<br><br>SCRIPPS MEDIA, INC.,<br><br>           Defendant. | 8:24CV86<br><br>AMENDED ORDER OF DISMISSAL |

Upon consideration of Plaintiff's Motion for Voluntary Dismissal with Prejudice (Filing No. 33), the settlement agreement with Defendant (Filing No. 32-1), the Order vacating the temporary restraining order entered on March 18, 2024 (Filing No. 34), and Counter-Claimant's Voluntary Dismissal of Counterclaim with Prejudice (Filing No. 36), it is ordered that the action be dismissed with prejudice and each party to pay their own attorneys' fees and costs.

Dated this 2nd day of August, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge