IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN LEE SISK, | ) | Case No.   8:24cv86 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| SCRIPPS MEDIA, INC., | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on December 2, 2025, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Exhibit 201 from motion hearing held March 8, 2024.

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 2, 2025

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge